# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

146577

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                SC: 146577
                                                COA: 303437
                                                Oakland CC: 2010-234459-FH

VINCENT EDWARD HUDSON,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 29, 2012 judgment of the Court of Appeals is considered. We DIRECT the Oakland County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall include among the issues to be answered whether the evidence seized from the defendant when he was on his patio in his backyard was seized in violation of the Fourth Amendment, whether the Court of Appeals correctly concluded that the exclusionary rule should not be applied, and whether defense counsel performed deficiently in failing to move to suppress the evidence.

      The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013 _____



h0520

                                               Clerk